IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARCIA GRIMES, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv790 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on June 10, 2008(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b).  The Report and Recommendation was issued on an Unopposed Motion for Fees filed by Plaintiff's Counsel (Doc. 19).

Accordingly, the Unopposed Motion for § 406(b)(1)(A) fees is GRANTED and Plaintiff's counsel is AWARDED his requested $5,459.46.

IT IS SO ORDERED.

    s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge